**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

March 12, 2015

Hon. Bobby Galvan
Judge, 94th District Court
Nueces County Courthouse, Suite 901
901 Leopard
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00680-CR
Tr.Ct.No.  13-CR-2209-C
Style:    The State of Texas v. Israel Ramirez

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. A. Cliff Gordon, * DELIVERED VIA E-MAIL *
      Hon. Mark Skurka, * DELIVERED VIA E-MAIL *
      Hon. Todd  A. Robinson * DELIVERED VIA E-MAIL *
      Hon. Anne Lorentzen, Nueces County District Clerk * DELIVERED VIA E-MAIL *
      Hon. Elizabeth Schmidt * DELIVERED VIA E-MAIL *